**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 15−36853
Chapter: 13
Judge: Jacqueline P. Cox

In Re:
   Deidre R Livingston
   aka Deidre R Williams−Livingston, aka
   Deidre R Williams
   6800 S. Clyde, Apt. 3
   Chicago, IL 60649

Social Security / Individual Taxpayer ID No.:
   xxx−xx−4631

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on May 21, 2018

FOR THE COURT

Dated: May 23, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 15-36853-JPC
Deidre R Livingston                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: cward1              Page 1 of 2              Date Rcvd: May 23, 2018
                               Form ID: ntcdsm           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2018.
db          +Deidre R Livingston,    6800 S. Clyde, Apt. 3,    Chicago, IL 60649-1609
23886862    +Atlas Acquisitions LLC  (BOTTOM DOLLAR),    294 Union St.,    Hackensack, NJ 07601-4303
23868994    +Automotive Credit Corp,    Michael Andrews & Assoc.,    26261 Evergreen Rd. Suite 350,
              Southfield, MI 48076-4447
23868995     Automotive Credit Corporation,    PO Box 2286,    Southfield, MI 48037-2286
23868997     Bottom Dollar,    Edith Solomon Blvd,    PO Box 636, Charles Town, Nevis,    West Indies
23868998    +Chianti Williams,    202 North Central,    Chicago, IL 60644-2205
23868999    +City of Chicago,    Dept. of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
23869004    +Illinois Tollway,    Attn:Attorney General Legal Dept.,    2700 Ogden Ave.,
              Downers Grove, IL 60515-1703
23966533     M.C.O.A.,    Village of Olympia Fields,    Municipal Collections of America, Inc.,
              3348 Ridge Rd,    Lansing, IL 60438-3112
23966494     M.C.O.A.,    Village of Park Forest,    Municipal Collections of America, Inc.,    3348 Ridge Rd,
              Lansing, IL 60438-3112
23869005     MCOA,    3348 Ridge Road,    Lansing, IL 60438-3112
23869006    +Municollofam,    3348 Ridge Road,    Lansing, IL 60438-3112
24001112    +PEOPLES GAS LIGHT & COKE COMPANY,    200 EAST RANDOLPH STREET,    CHICAGO, ILLINOIS 60601-6433
23869008    +Peoplesene,    Bankruptcy Department,    200 E. Randolph,    Chicago, IL 60601-6436
23869010    +Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
23895101    +U.S. Bank Trust National Association, not in its i,    c/o Codilis & Associates, P.C.,
              15W030 N. Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
23869014    +US Bank Trust National Association,    RoundPoint Mortgage Service,
              5016 Parkway Plaza, Ste 200,    Charlotte, NC 28217-1930
23869016    +Village Of Olympia Fields,    20040 Governors Drive,    Olympia Fields, IL 60461-1189
23869015     Village of Flossmoor,    2800 Flossmoor Rd.,    Flossmoor, IL 60422-1186
23869017    +Village of Park Forest,    c/o MCOA,    3348 Ridge Road,    Lansing, IL 60438-3112

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23897302     EDI: AIS.COM May 24 2018 04:18:00      American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
23868992    +EDI: PHINHARRIS May 24 2018 04:19:00      Arnold Scott Harris,    111 W. Jackson, #600,
              Chicago, IL 60604-3517
23868993    +EDI: ATLASACQU.COM May 24 2018 04:18:00      Atlas Acquisitions, LLC,    294 Union Street,
              Hackensack, NJ 07601-4303
23868996    +EDI: BANKAMER.COM May 24 2018 04:19:00      Bank of America,    Correspondence Unit/CA6-919-02-41,
              Po Box 5170,    Simi Valley, CA 93062-5170
23904672    +EDI: PHINHARRIS May 24 2018 04:19:00      City Of Chicago Department of Finance,
              c/o Arnold Scott Harris P.C.,    111 W Jackson Blvd Ste 600,    Chicago, IL 60604-3517
23869000    +EDI: NAVIENTFKASMDOE.COM May 24 2018 04:19:00      Dept Of Ed/Navient,    Po Box 9635,
              Wilkes Barre, PA 18773-9635
23869002    +EDI: AMINFOFP.COM May 24 2018 04:18:00      First Premier Bank,    3820 N. Louise Ave.,
              Sioux Falls, SD 57107-0145
23869001    +EDI: AMINFOFP.COM May 24 2018 04:18:00      First Premier Bank,    Bankruptcy Department,
              PO Box 5523,    Sioux Falls, SD 57117-5523
23869003    +E-mail/Text: bkynotice@harvardcollect.com May 24 2018 00:31:21      Harvard Collection,
              Harvard Collection Services,    4839 N Elston Avenue,    Chicago, IL 60630-2589
23869007    +E-mail/Text: egssupportservices@alorica.com May 24 2018 00:30:09
              NCO Financial Systems, Inc.,    600 Holiday Plaza Drive,    Suite 300,    Matteson, IL 60443-2238
24242730     EDI: NAVIENTFKASMSERV.COM May 24 2018 04:18:00      Navient Solutions, Inc.,
              Department of Education Loan Services,    PO BOX 9635,    Wilkes-Barre, PA 18773-9635
23869009     EDI: Q3G.COM May 24 2018 04:19:00      Quantum3 Group,    Sadino Funding,    P.O. Box 788,
              Kirkland, WA 98083-0788
23892001     EDI: Q3G.COM May 24 2018 04:19:00      Quantum3 Group LLC as agent for,    NCEP, LLC,
              PO Box 788,    Kirkland, WA 98083-0788
23869011    +EDI: DRIV.COM May 24 2018 04:18:00      Santander,    PO Box 105255,    Atlanta, GA 30348-5255
23869012    +EDI: DRIV.COM May 24 2018 04:18:00      Santander,    PO Box 961245,    Fort Worth, TX 76161-0244
23869013     EDI: DRIV.COM May 24 2018 04:18:00      Santander Consumer USA,    Attn: Bankruptcy Dept.,
              PO Box 560284,    Dallas, TX 75356-0284
24278379    +E-mail/Text: NDAILY@KSNLAW.COM May 24 2018 00:29:33      Victoria Place Homeowners Association,
              c/o Kovitz Shifrin Nesbit,    175 North Archer Avenue,    Mundelein, IL 60060-2301
24185951    +E-mail/Text: bankrup@aglresources.com May 24 2018 00:28:59      nicor gas,    po box 549,
              Aurora il 60507-0549
                                                                                               TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23872236*   +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0752-1          User: cward1              Page 2 of 2               Date Rcvd: May 23, 2018
                              Form ID: ntcdsm           Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 23, 2018 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Deidre R Livingston davidsiegelbk@gmail.com,
               author@proofofpayments.com;R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Jose G Moreno    on behalf of Creditor    U.S. Bank Trust National Association, not in its
               individual capacity but solely as Owner Trustee for Newlands Asset Holding Trust
               nd-one@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald J. Kapustka    on behalf of Creditor    Victoria Place Homeowners Association
               ndaily@ksnlaw.com, bankruptcy@ksnlaw.com
              Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
                                                                                            TOTAL: 5
```